# In the United States Court of Federal Claims

No. 05-668C
(August 26, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *
**SPEARFISH S.D. INVESTORS LIMITED PARTNERSHIP,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 11, 2005, the parties filed a joint motion to stay proceedings in this case pending the outcome of ADR in several related cases. For good cause shown, the Court hereby **GRANTS** the joint motion to stay proceedings until the outcome of ADR. The parties shall file a joint status report with the Court within fourteen days of the conclusion of ADR.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge